IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 30 2020
CLERK, U.S. DISTRICT COURT
By ___ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § § Plaintiff, § § v. § § JEFFREY MICHAEL SMITH (5) § § Defendant. § | 2:19-CR-158-Z-BR-(5) |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

On January 15, 2020, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Jeffrey Michael Smith filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Jeffrey Michael Smith was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Jeffrey Michael Smith; and ADJUDGES Defendant Jeffrey Michael Smith guilty of Count One of the Superseding Information in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, January 30, 2020.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE